# Exhibit A

**MERCER COUNTY PROSECUTOR'S OFFICE**

## DECEMBER 10, 2007

# SEXUAL ASSAULT INVESTIGATION

The Mercer County Prosecutor's Office today confirmed that it is conducting an investigation into allegations of a sexual assault that took place in the early morning hours of Friday, December 7, 2007.

The alleged sexual assault took place at a Ewing Township residence. The victim is a 25-year old female student who alleges that she was assaulted by multiple male individuals including one or more members of the New Jersey State Police.

The investigation is in its preliminary stages and no charges have been filed.