LAW OFFICES OF THE

# *Attorneys Hartman, Chartered*

KATHERINE D. HARTMAN

FRANCIS J. HARTMAN
OF COUNSEL

505 S. LENOLA RD.
SUITE 121
MOORESTOWN, NJ 08057
856-235-0220
FAX 856-273-8617

August 7, 2008

Honorable Mary L. Cooper, U.S.D.C.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

RE: STATE TROOPER FRATERNAL ASSOCIATION, ET AL. V. STATE OF NEW JERSEY, ET. AL.
Civil Action No.: 08-cv-3820

Dear Judge Cooper:

I represent an unnamed Trooper, (Trooper #4). I am aware that you have granted temporary injunctive relief to unnamed Trooper, (Trooper #1) and the State Trooper Fraternal Association as it relates to the investigation of conduct alleged to have occurred on December 6 and 7, 2007.

I am further aware that several other counsel representing other unnamed Troopers have filed motions to intervene in this action relying upon the pleadings, briefs, and arguments presented by Trooper #1 and his counsel.

I respectfully request that Your Honor permit Trooper #4 to intervene in the above captioned action as Trooper #4 has a claim that shares with this action, a common question of law and fact. No prejudice or delay would occur as a result of granting Trooper #4's motion to intervene.

LAW OFFICES OF THE

*Attorneys Hartman, Chartered*

I respectfully request that this Court enjoin the State from questioning, disciplining, or taking any action against my client pending your decision in the matter of the <u>State Trooper Fraternal Association, et. al. v. the State of New Jersey et al.</u>

Respectfully submitted,

ATTORNEYS HARTMAN, CHARTERED


By: _S/ Katherine D. Hartman (KDH8357)_
     KATHERINE D. HARTMAN
KDH:cjo
cc:    Dermot O'Grady, Esquire
        Charles Sciarra, Esquire
        Matthew Curran, Esquire
        Robert Ebberup, Esquire
        Patrick J. Caserta, Esquire
        Charles Uliano, Esquire