```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| TROOPER FRATERNAL ASSOCIATION : <br> and ONE NEW JERSEY STATE       : <br> POLICE TROOPER, IDENTITY      : <br> WITHHELD, et al.,             : <br>                                : <br>      Plaintiffs,              : <br>                                : <br>      v.                        : <br>                                : <br> STATE OF NEW JERSEY, STATE     : <br> OF NEW JERSEY - DIVISION OF    : <br> STATE POLICE, SUPERINTENDENT   : <br> OF STATE POLICE,               : <br>                                : <br>      Defendants.               : <br> _____ : | CIVIL ACTION NO. 08-3820 (MLC) <br><br><br><br> **TEMPORARY RESTRAINING ORDER** <br>  **and ORDER TO SHOW CAUSE** |

This matter being before the Court upon the application of counsel for intervening plaintiffs, State Troopers #2 through #6 ("Intervening Plaintiffs"); and the Court having conducted a teleconference with counsel on this date; and for the reasons stated on the record,

**IT IS** on this 11th day of August, 2008, **ORDERED AS FOLLOWS**:

(1) Defendants are temporarily enjoined from questioning the Intervening Plaintiffs, or disciplining or taking any adverse action against them in connection with the investigation concerning the events of December 6 & 7, 2007, until further order of the Court;

(2) The Court finds that there is no pecuniary exposure to defendant, and therefore no bond is imposed pursuant to Fed. R. Civ. P. 65(c);

(3) The parties shall **SHOW CAUSE**, on August 14, 2008 at 2:00 p.m., why the same relief should not be imposed by preliminary injunction; and counsel for all parties may present oral argument at that time either in person or by teleconference; and

(4) The positions of the Intervening Plaintiffs being similar to that of the original plaintiff, and this Court having set a briefing schedule in its Order filed herein on July 31, 2008, no further written submissions are required from the parties on the issues relevant to the pending application for preliminary injunction on behalf of each plaintiff.

                                              s/ Mary L. Cooper
                                            **MARY L. COOPER**
                                            United States District Judge

Dated:  August 11, 2008

Time:  4:35 p.m.